JACQUES KIRSCH, Respondent, *v.* HERCULES PRODUCTS
COMPANY, Appellant.

*Appeal — order granting motion to strike out answer — appeal, without
permission, from order of affirmance dismissed.*

*Kirsch* v. *Herculean Products Co.*, 205 App. Div. 530, appeal
dismissed.

(Submitted November 19, 1923; decided November 27, 1923.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered May 26, 1923, which affirmed
an order of Special Term granting a motion to strike out
the answer.

The motion was made upon the ground that the Court
of Appeals had no jurisdiction; that the appeal had not
been properly perfected and that no question of law was
presented for review.

*George W. Glaze* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.